IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIA NICOLLE COLLETT, #01624805, | § § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. **3:18-CV-120-L** |
| UNITED STATES DISTRICT COURT, | § § § | |
| Defendant. | § § | |

# ORDER

This case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on March 13, 2018, recommending that this action be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order.

**It is so ordered** this 5th day of July, 2018.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**